No. 75–5108. WOODS ET AL. *v.* HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–5131. THOMPSON *v.* GARLING. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 75–5132. POWELL *v.* RADKINS ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–5133. VASQUEZ *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–5136. GRIJALVA *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 75–5144. YATES *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 75–5147. COVINGTON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 75–5148. WILLIAMS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 75–5187. WILCYNSKI *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 75–5214. BARNETT *v.* MACDONALD, DBA KERR, FITZ-GERALD & KERR. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Certiorari denied.

No. 75–5261. MILLER *v.* UNION ELECTRIC CO. C. A. 8th Cir. Certiorari denied.

No. 74–1217. ANDREWS *v.* KNOWLTON, SUPERINTENDENT, UNITED STATES MILITARY ACADEMY, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.